## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLEY HEFFNER | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| vs. | : | NO.: 2:21-cv-003507 |
| | : | |
| GREENFIELD SENIOR LIVING, et al | : | |
| | : | |
| Defendants | : | |
| | : | |

Plaintiff and Defendants by their undersigned counsel, who are duly authorized to enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.


*s/ Graham F. Baird*
Graham F. Baird, Esq.
LAW OFFICES OF ERIC A. SHORE
1500 JFK Blvd, Suite 1240
Philadelphia, PA 19102
(267) 546-0131
GrahamB@ericshore.com
*Attorneys for Plaintiff*


Date:  7/12/2022

*/s/ Lisa M. Grandner*
Lisa Grandner, Esq.
ZARWIN BAUM DEVITO KAPLAN
SCHAER TODDY, P.C.
One Commerce Square
2005 Market Street, 16th Floor
Philadelphia, PA 19103
(267) 362-1310
lgrandner@zarwin.com
*Attorneys for Defendants*


Date:  7/12/2022


**APPROVED BY THE COURT:**

_____
**Hon. John R. Padova, U.S.D.J.**